UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: ) | |
| Norlena S. Brown (xxx-xx-8038) ) | Case No: 15-53277 |
| AKA Norlena Shawn Brown; AKA Norlena ) | |
| Brown ) | Chapter 13 |
| 9531 Artisian ) | |
| Detroit, MI 48228 ) | Hon. Phillip J. Shefferly |
| Debtor ) | |

## **NOTICE OF VOLUNTARY DISMISSAL OF CHAPTER 13 CASE**

NOW COMES Debtor, by and through counsel, and states:

1. Debtor filed the instant case under Chapter 13 of the Bankruptcy Code.

2. Debtor no longer needs the benefits or protection of the bankruptcy laws at this time.

3. Debtor desires to voluntarily dismiss her Chapter 13 case at this time.

WHEREFORE, Debtor prays that this Honorable Court enter an Order dismissing this Chapter 13 case.

                Respectfully Submitted,

                */s/ Edward J. Gudeman*
                Edward Gudeman (P-14454)
                Gudeman & Associates, P.C.
                Attorneys for Debtor
                1026 W. Eleven Mile Road
                Royal Oak, MI 48067
                Telephone: 248.546.2800
                ecf@gudemanlaw.com

Dated: February 12, 2016

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: ) | |
| Norlena S. Brown (xxx-xx-8038) ) | Case No: 15-53277 |
| AKA Norlena Shawn Brown; AKA Norlena ) | |
| Brown ) | Chapter 13 |
| 9531 Artisian ) | |
| Detroit, MI 48228 ) | Hon. Phillip J. Shefferly |
| Debtor ) | |

# ORDER DISMISSING CHAPTER 13 CASE

Upon the notice of the Debtor for the voluntary dismissal of his Chapter 13 case, and the Court finding good cause for granting the requested relief:

IT IS HEREBY ORDERED that the Debtor's Chapter 13 case is dismissed.