UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 15-53277-pjs

**Norlena S. Brown,**  Chapter 13

    Debtor.  Hon. Phillip J. Shefferly
_____/

## UNITED STATES TRUSTEE'S OBJECTION TO
## DEBTOR'S MOTION TO VOLUNTARILY DISMISS CASE

Daniel M. McDermott, United States Trustee, hereby objects to the Debtor's Motion to Voluntarily Dismiss her Chapter 13 Case, and in support states:

1. The Debtor's Chapter 13 case was filed on September 8, 2015 (Docket# 1).

2. On November 9, 2015, the U.S. Trustee filed an Objection to the Debtor's Chapter 13 Plan (Docket #30).

3. On February 12, 2016 the Debtor filed her Motion of Voluntary Dismiss of her Chapter 13 Bankruptcy Case (the "Dismissal Motion")(Docket #44).

4. The Debtor indicates in the Dismissal Motion that she "no longer needs the benefits or protection of bankruptcy laws at this time".

5. The attempt by the Debtor to dismiss her case at this time calls into question whether she needed bankruptcy protection in the first place.

6. The right of a Chapter 13 Debtor to dismiss their case is not an absolute right and dismissal can be denied if it appears a debtor has engaged in bad faith or abused the bankruptcy process. *In re Rosson*, 545 F.3d 764, 773 (9th Cir. 2008); *In re Jacobson*, 609 F.3d 647,660 (5th Cir. 2010).

7. The U. S. Trustee is not necessarily against a dismissal of this case. However, any dismissal should also be accompanied by or conditioned on a bar to the Debtor re-filing another Chapter 13 (or Chapter 11 case) for a minimum of two or three years, based on the Debtor's conduct in this case and in her multiple prior filed cases. 11 U.S.C. § 105(a).

**WHEREFORE**, the United States Trustee respectfully requests that the Debtor's Dismissal Motion be denied, unless a dismissal is also conditioned on a bar to the Debtor re-filing for a substantial period of time, being two or three years.

Respectfully submitted,

**DANIEL M. McDERMOTT**
**UNITED STATES TRUSTEE**
Region 9

By   /s/ Richard A. Roble
Trial Attorney
Office of the U.S. Trustee
211 West Fort St - Suite 700
Detroit, Michigan 48226
(313) 226-6769
Richard.A.Roble@usdoj.gov
[P51429]

Dated: February 16, 2016

2

15-53277-pjs    Doc 45    Filed 02/16/16    Entered 02/16/16 08:57:10    Page 2 of 2