UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                    Case No. 15-53277-pjs

**NORLENA S. BROWN,**                                     Chapter 13

    Debtor.                                       Hon. Phillip J. Shefferly
_____/

**ORDER RESOLVING U.S. TRUSTEE'S OBJECTION TO DISMISSAL OF CASE AND BARRING FUTURE BANKRUPTCY FILINGS**

**THIS MATTER** came before the Court upon the Motion of the United States Trustee requesting that the Court bar future bankruptcy filings of the Debtor, Norlena S. Brown, (the "U.S. Trustee Bar Motion")(Docket #47), and the United States Trustee's Objection to the Debtor's Motion Voluntarily Dismiss Case, (the "U.S. Trustee Objection") (Docket #45). A hearing is scheduled for March 1, 2016. Prior to the hearing the parties agreed to resolve the U.S. Trustee Bar Motion and the U.S. Trustee Objection by allowing this case to be dismissed and barring the Debtor from refiling for eighteen (18) months. Accordingly,

**IT IS ORDERED** that this case is DISMISSED.

**IT IS FURTHER ORDERED** that Norlena S. Brown, in her name and in all variations thereof, whether filed by her personally or by any other person on her behalf, is barred singularly and jointly for a period of eighteen (18) months from filing a bankruptcy case under Chapter 13 or Chapter 11 of the U.S. Bankruptcy Code from the date of the entry of this order.

**IT IS FURTHER ORDERED** that Norlena S. Brown shall be sanctioned as appropriate in the amount of $1,000.00 if she, or anyone on her behalf, files a bankruptcy petition singularly or jointly in the name of Norlena S. Brown and in all variations thereof during the eighteen (18) months bar period as set forth above.

.

```
Signed on March 01, 2016
                                          /s/ Phillip J. Shefferly
                                         Phillip J. Shefferly
                                         United States Bankruptcy Judge
```

```
                            United States Bankruptcy Court
                            Eastern District of Michigan
In re:                                                                   Case No. 15-53277-pjs
Norlena S Brown                                                          Chapter 13
       Debtor                    CERTIFICATE OF NOTICE
District/off: 0645-2         User: kmcgr                 Page 1 of 2                  Date Rcvd: Mar 01, 2016
                             Form ID: pdf05              Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 03, 2016.
db             +Norlena S Brown,    9531 Artisan,    Detroit, MI 48228-1335
cr             +State of Michigan Department of Treasury,     3030 W. Grand Blvd., Ste 10-200,
                 Detroit, MI 48202-6030
cr             +United States of America (IRS),    United States Attorney,    211 W. Fort Street,   Suite 2001,
                 Detroit, MI 48226-3220
23742671       +34th District Court,    11131 S. Wayne Road,    Romulus, MI 48174-1491
23841630        Abdel Raheen R. Basel/Issa Co.,    341 E. Washtenaw St.,    Ann Arbor, MI 48104
23742672       +Accurate Account Solution,    4631 W Walton Blvd,    Waterford, MI 48329-3536
23742674        Bank of America,    Business Card,    P.O. Box 15710,    Wilmington, DE 19886-5710
23742676        Chase Bank,    P.O. Box 9001871,    Louisville, KY 40290-1871
23742675        Chase Bank,    P.O. Box 15298,    Palatine, IL 60094
23742677       +Credit Acceptance Corp.,    25505 W. 12 Mile Road,    Southfield, MI 48034-8316
23765365       +David & Nancy Burns,    22516 Shorewood,    Saint Clair Shores, MI 48081-1363
23742678       +David & Nancy Burns,    c/o C. Douglas Moran,    22516 Shorewood,
                 Saint Clair Shores, MI 48081-1363
23841631       +JPMorgan,    370 S. Cleveland Ave,    Westerville, OH 43081-8917
23742682       +Landscape Services,    PO Box 380765,    Clinton Township, MI 48038-0071
23742683        Lisa McKinney,    15901 Greenfield,    Detroit, MI 48227
23742684       +Madden Hauser Roth and Heller,    Attn: Katherine Klaus,    28400 Northwestern Hwy,   2nd Floor,
                 Southfield, MI 48034-1839
23841632        Marshalls,    Certegy Check Services, Inc.,    PO Box 30046,    Tampa, FL 33630-3046
23742685       +Michael A. Winterfield,    5111 W. Bristol Road,    Ste A,    Flint, MI 48507-2957
23742686       +OVC West Financial,    13600 Industrial Park Blvd.,    Minneapolis, MN 55441-3743
23742687       +Secretary of State Michigan,    3315 E. Michigan Avenue,    Lansing, MI 48912-4600
23742689      ++TCF NATIONAL BANK,    17440 COLLEGE PARKWAY,    LIVONIA MI 48152-2363
                (address filed with court: TCF Bank,    17440 College Parkway,    Livonia, MI 48152)
23742667        U.S. Attorney,    Atten: Civil Division,    211 W. Fort Street,    Suite 2001,
                 Detroit, MI 48226-3220

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
23742673        E-mail/Text: g20956@att.com Mar 01 2016 23:15:05      AT&T Mobility,    P.O. Box 6416,
                 Carol Stream, IL 60197-6416
23942704       +E-mail/Text: g20956@att.com Mar 01 2016 23:15:05      AT&T Mobility II LLC,
                 %AT&T SERVICES INC.,    KAREN A. CAVAGNARO LEAD PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                 BEDMINSTER, NJ 07921-2693
23841629       +E-mail/Text: bankruptcy_notifications@ccsusa.com Mar 01 2016 23:15:26
                 Credit Collection Services,    Two Wells Ave,    Newton, MA 02459-3246
23742680        E-mail/Text: brupt1@dteenergy.com Mar 01 2016 23:13:53      Dte Energy,
                 One Energy Plaza/Attn: Bankruptcy,    2160 Wcb,    Detroit, MI 48226
23742681       +E-mail/Text: HWIBankruptcy@hunterwarfield.com Mar 01 2016 23:13:57       Hunter Warfield,
                 4620 Woodland Corporate,    Tampa, FL 33614-2415
23742679        E-mail/Text: cio.bncmail@irs.gov Mar 01 2016 23:13:19      Department of the Treasury,
                 Internal Revenue Services,    P.O. Box 9019,    Holtsville, NY 11742-9019
23742670        E-mail/Text: MarcsBankruptcyUnit@michigan.gov Mar 01 2016 23:15:08
                 Michigan Department of Treasury,    Collection Division,    P.O. Box 30199,
                 Lansing, MI 48909-7699
23851625       +E-mail/Text: MarcsBankruptcyUnit@michigan.gov Mar 01 2016 23:15:08
                 Michigan Department of Treasury,    Bankruptcy Unit,    PO Box 30168,    Lansing, MI 48909-7668,
                 517-241-5002
23896293       +E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 01 2016 23:14:29       Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
23742688       +E-mail/Text: MarcsBankruptcyUnit@michigan.gov Mar 01 2016 23:15:08
                 State of Michigan-Department of Treasury,    P.O. Box 30158,    Lansing, MI 48909-7658
23742668       +E-mail/Text: ustpregion09.de.ecf@usdoj.gov Mar 01 2016 23:13:31       U.S. Trustee,
                 211 W. Fort Street,    Room 743,    Detroit, MI 48226-3263
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust             Daniel M. McDermott
cr              Credit Acceptance Corporation
23742669*       Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                    TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2016                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2016 at the address(es) listed below:

              Brian Ashley Rookard    on behalf of Debtor Norlena S Brown brookard@gudemanlaw.com,
               ecf@gudemanlaw.com
              David Wm Ruskin    ecf-emails@det13.com
              Edward J. Gudeman    on behalf of Debtor Norlena S Brown ejgudeman@gudemanlaw.com,
               ecf@gudemanlaw.com;lmerucci@ecf.inforuptcy.com;rtanner@ecf.inforuptcy.com;kdarr@ecf.inforuptcy.co
               m;kshinn@ecf.inforuptcy.com;ejgudeman@ecf.inforuptcy.com;brookard@ecf.inforuptcy.com
              Katherine    Kakish    on behalf of Creditor    State of Michigan Department of Treasury
               kakishk@michigan.gov
              Kevin   Erskine    on behalf of Creditor    United States of America (IRS) kevin.erskine@usdoj.gov,
               michele.gangler@usdoj.gov;Karen.ducharme@usdoj.gov;Mary.compeau@usdoj.gov;Jack.Tubbs@usdoj.gov
              Richard A. Roble (UST)    on behalf of U.S. Trustee Daniel M. McDermott Richard.A.Roble@usdoj.gov
              Shakeena   Melbourne    on behalf of Creditor    Credit Acceptance Corporation smelbourne@kaalaw.com,
               ecf@kaalaw.com;smelbourne@ecf.courtdrive.com;ksmith@ecf.courtdrive.com;tsmith@ecf.courtdrive.com;
               Dchapman@ecf.courtdrive.com;malexander@ecf.courtdrive.com
                                                                                             TOTAL: 7